JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC, <br><br> Plaintiff, <br><br> v. <br><br> DRESSBARN, INC., et al., <br><br> Defendants. | Case No.: 15-CV-02456-DDP (JCx) <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

ORDER:

Having reviewed the parties' stipulation of dismissal without prejudice, and with good cause appearing:

IT IS HEREBY ORDERED that:

1. All claims against the Defendants Dressbarn, Inc., Just Yu, LLC, and 2 Do Again, LLC are hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as

- 1 -

1  incurred against one another in connection with this action; and

2      4.    The Court will retain jurisdiction to enforce the terms of the settlement
3  agreement entered into in this matter.

5  <u>SO ORDERED</u>.

7  Dated: July 15, 2016        By: _____
                                              Honorable Dean D. Pregerson
                                              United States District Judge

- 2 -